IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:08cv308

| | |
|---|---|
| KELLAM & PETTIT, P.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RONDELL PAULING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Motion to Remand and for Attorneys' Fees and Costs [Doc. 4] filed by CitiMortgage, Inc. on July 22, 2008.

The Court entered an Order *sua sponte* remanding this case to Mecklenburg County Superior Court on July 7, 2008. [Doc. 3]. Accordingly, **IT IS, THEREFORE, ORDERED** that the Motion to Remand and for Attorneys' Fees and Costs [Doc. 4] is **DENIED AS MOOT**.

Signed: August 12, 2008

Martin Reidinger
United States District Judge